UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME REACH, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPOTGENIE PARTNERS, LLC, et al., <br><br> Defendants. | Case No. CV 13-07563-DMG (JCGx) <br><br> **PRELIMINARY INJUNCTION** |

On November 22, 2013, the Court held a hearing regarding Plaintiff's Application for Preliminary Injunction. The parties appeared through their counsel of record. In accordance with the Court's Order Granting Plaintiff's Application for Preliminary Injunction, issued concurrently herewith, IT IS HEREBY ORDERED:

(1) Defendants Robert Porter, Gregory Stirling, and Douglass Williamson, and SpotGenie Partners, LCC, and their agents, employees, representatives, and those acting in concert with them are enjoined from:

    a. Any further use or disclosure of Extreme Reach's Customer List;

    b. Soliciting any of the Extreme Reach customers identified in any portion of Extreme Reach's Customer List accessed by Robert Porter, Gregory

Stirling, and Douglass Williamson during the last week of their employment with Extreme Reach through the use of Customer List information;

c. Performing services for any customers already solicited arising out of their use of the Customer List.

(2) For purposes of this Order, Extreme Reach's Customer List includes information regarding the identities of Extreme Reach's customers, the identities of contact persons at those customers, and information regarding the rates customers were offered by Extreme Reach or paid to Extreme Reach, and specifically includes the following: sales reports, sales prospect reports, revenue reports, rate cards, and any reports derived from any Extreme Reach database containing customer rate and/or contact information.

**IT IS SO ORDERED.**

DATED:   November 22, 2013

*Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE