# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXTREME REACH, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOTGENIE PARTNERS, LLC, ROBERT PORTER, GREGORY STIRLING, and DOUGLAS WILLIAMSON,<br><br>　　　　　Defendants. | Case No.: CV 13-7563-DMG (JCGx)<br><br>**ORDER ON STIPULATION OF DISMISSAL [124]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: December 29, 2015

　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE